In re CRUGER AVE., HOLLAND AVE., AND MAPLE ST. IN CITY OF
NEW YORK.

(Supreme Court, Appellate Division, First Department.  October 17, 1913.)

MUNICIPAL CORPORATIONS (§ 508*)—STREET IMPROVEMENTS—ASSESSMENT—AP-
PEAL—TIME.

Greater New York Charter (Laws 1901, c. 466) § 988, as amended by
Laws 1906, c. 658, providing that an appeal from an order confirming a
report of commissioners of estimate and assessment, not prosecuted within
six months, unless time be extended by the court, shall be deemed aban-
doned, is mandatory, so that the court has no jurisdiction to disregard
the same.

[Ed. Note.—For other cases, see Municipal Corporations, Cent. Dig. §§
1181, 1182; Dec. Dig. § 508.*]

Application of the City of New York to improve Cruger Avenue,
Holland Avenue, and Maple Street.  Application to dismiss an appeal
from an order confirming a report of commissioners of estimate and
assessment.  Granted.

Argued before INGRAHAM, P. J., and McLAUGHLIN,
LAUGHLIN, CLARKE, and SCOTT, JJ.

William B. R. Faber, of New York City, for the motion.
Charles B. Mason, of New York City, opposed.

PER CURIAM.  The order appealed from was entered on March
10, 1913, appeal taken March 14, 1913, and time to file papers extend-
ed to April 18, 1913, when what purported to be the case on appeal
was served.  Under section 988 of the New York Charter, as amended
by chapter 658 of the Laws of 1906, an appeal taken in one of these
proceedings and not prosecuted within six months, unless time for
prosecution of the appeal be extended by the court, shall be declared
abandoned.  The provision is mandatory, and the court has no power
to disregard it.  See Matter of Old Pier, 151 App. Div. 659, 136 N.
Y. Supp. 532.

Motion granted, with $10 costs.